# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                             Case No: 5:16-cv-206-Oc-30PRL

79.09 ACRES OF LAND IN MARION
COUNTY FLORIDA, SECRET
PROMISE LTD., STEVE BARROW,
JANET BARROW, FARM CREDIT OF
CENTRAL FLORIDA, ACA and
UNKNOWN OWNERS,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #11).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of April, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record